UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SHULYN X. ZHANG, | ) | Case No. 15-48026-659 |
| | ) | Chief Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| FREDRICH J. CRUSE, Chapter 7 Trustee, | ) | **Adversary No. 15-4234-659** |
| | ) | |
| | ) | **PUBLISHED** |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| JACOB BURCH, and | ) | |
| STEPHANIE BURCH, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Trustee's Complaint is **DENIED**; and

**IT IS FURTHER ORDERED THAT** the relief requested in Defendants' Counterclaim is **GRANTED** and judgment is entered in favor of Defendants and against Trustee in that a constructive trust is imposed in favor of Defendants as to $200,000 that was held in Debtor's Ally Account 5313 and;

**IT IS FURTHER ORDERED THAT** Trustee shall turnover $200,000 that was held in Debtor's Ally Account 5313 to Defendants; and this is a final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt - States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  January 6, 2017
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Rochelle D. Stanton
745 Old Frontenac Square
Suite 202
Frontenac, MO 63131

Shulyn X. Zhang
13015 Geranium Ct
St Louis, MO 63146

Fredrich J. Cruse
The Cruse Law Firm PC
PO Box 914
Hannibal, MO 63401

Edward J. Karfeld
680 Craig Road
Suite 306
St. Louis, MO 63141-7182

David A. Warfield
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

Jacob and Stephanie Burch
4 North Village Dr
Carmel, IN 46032