UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHULYN X. ZHANG, | ) | Case No. 15-48026-659 |
| | ) | Hon. Kathy A. Surratt-States |
| Debtor. | ) | Chapter 7 |
| | ) | |
| FREDRICH J. CRUSE, Chapter 7 Trustee, | ) | **Adversary No. 15-4234-659** |
| | ) | |
| Plaintiff, | ) | **PUBLISHED** |
| vs. | ) | |
| | ) | |
| JACOB BURCH, and STEPHANIE BURCH, | ) | |
| | ) | |
| Defendants. | ) | |

# AMENDED AND RESTATED ORDER[1]

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Trustee's Complaint is **DENIED**; and

**IT IS FURTHER ORDERED THAT** the relief requested in Defendants' Counterclaim is **GRANTED** and judgment is entered in favor of Defendants and against Trustee in that a constructive trust is imposed in favor of Defendants as to $200,000 that is held in Debtor's Ally Account 5313; and

**IT IS FURTHER ORDERED THAT** Trustee is authorized and directed to take all steps necessary to close out the Ally Account 5313 and to cause the sum of $200,000 to be disbursed to the Burches, who shall sign and deliver to Trustee a receipt for such funds, and Trustee is further authorized and directed to retain for the benefit of the estate all such funds that remain after the Ally Account 5313 is closed; and

---

[1] This Amended and Restated Order is entered at the request of the parties and supersedes the Order entered on January 6, 2017 (Doc. 22).

6492524.2

**IT IS FURTHER ORDERED THAT** the Burches and Trustee shall cooperate to obtain any order that may be necessary from the Indiana State Court to implement the terms of the Amended and Restated Order; and

**IT IS FURTHER ORDERED THAT** this is a final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  January 11, 2017
St. Louis, Missouri
jjh

Copies to:

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Shulyn Zhang
13015 Geranium Court
St. Louis, MO  63146

Edward J. Karfeld
Karfeld Law Firm, P.C.
11628 Old Ballas Road, #206
St. Louis, MO  63141

Jacob and Stephanie Burch
4 North Village Drive
Carmel, IN  46032

Rochelle D. Stanton
745 Old Frontenac Square, Suite 202
Frontenac, MO  63131

Fredrich J. Cruse
The Cruse Law Firm PC
PO Box 914
Hannibal, MO  63401

David A. Warfield
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101

6492524.2 - 2 -